UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITIONS LIMITED WEST, INC., <br><br>    Plaintiff, <br><br>    v. <br><br> FURNITURE INDUSTRIES, INC., <br><br>    Defendant. | Case No.  16-cv-01504-WHO <br><br> **ORDER OF DISMISSAL** <br><br> Re: Dkt. No. 9 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: June 17, 2016


WILLIAM H. ORRICK
United States District Judge